UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SGC ENGINEERING LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 2:12-cv-30-GZS |
| | ) |
| ROLAND HOWARD DAGGETT et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

**REPORT OF CONFERENCE & PROCEDURAL ORDER**

On January 26, 2012, Plaintiff filed this action along with a Motion for Temporary Restraining Order (Docket # 4) and a Request for Expedited Hearing (Docket # 6).

On January 30, 2012, the Court held a telephonic conference with Attorney Christian Chandler appearing for Plaintiff and Defendant Roland Daggett appearing *pro se*. Attorney Chandler indicated that all Defendants received notice of the conference but only Mr. Daggett contacted him seeking to participate. At the conference, Mr. Daggett indicated he is in the process of attempting to secure counsel to represent him and also indicated that he believed his co-defendants were in the process of securing counsel.

In the Court's initial assessment of the record presented, it is not clearly apparent that Plaintiff will suffer any immediate and irreparable injury before any of the Defendants can secure counsel and be heard on the Motion for Temporary Restraining Order. However, as indicated at the conference, the Court hereby GRANTS IN PART the Request for Expedited Hearing (Docket # 6). The Court will hold a hearing on the Motion for Temporary Restraining Order on Monday, February 13, 2012 at 9 a.m. At that time, the Court will accept any additional relevant evidence proffered by any party and will also hear any further argument counsel wishes

to present.  The Court has reserved four hours for this hearing.  Counsel shall contact the Clerk's Office as soon as possible and no later than noon on February 10, 2012 if they believe more or significantly less time will be needed for the hearing.

To the extent that any party wishes the Court to consider any further written submissions in connection with the Motion for Temporary Restraining Order, those submissions shall be filed no later than the close of business on Tuesday, February 7, 2012.

Plaintiff's Counsel is directed to forward a copy of this Order to each Defendant by email and regular mail.

SO ORDERED.

    /s/ George Z. Singal
   United States District Judge

Dated this 30th day of January, 2012.